# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | C.A. No. 23-cv-00742-UNA |
| ) | |
| v. ) | |
| ) | |
| AION MANAGEMENT, LLC; ) | **Jury Trial Demanded** |
| LELAND POINT OWNER, LP; ) | |
| AP COSMOPOLITAN, LLC; AP ) | |
| GREENSPRING, LLC; AP ) | |
| LIVINGSTONE, LLC; AION ) | |
| UNIVERSITY VILLAGE, LLC; ) | |
| AP EAST POINTE, LLC; and AP ) | |
| HUNTERS CROSSING, LLC, ) | |
| ) | |
| Defendants. ) | |

## SUBSTITUTION OF COUNSEL

**PLEASE TAKE NOTICE** that Jennifer A. Sutton, Esq. is no longer associated with Margolis Edelstein and her appearance on behalf of Defendants AION Management, LLC, Leland Point Owner, LP, AP Cosmopolitan, LLC, AP Greenspring, LLC, AP Livingstone, LLC, AION University Village, LLC, AP East Pointe, LLC and AP Hunters Crossing, LLC is hereby withdrawn.

**PLEASE TAKE FURTHER NOTICE** that James, E. Huggett, Esq., the undersigned, hereby enters his appearance as counsel for Defendants AION Management, LLC, Leland Point Owner, LP, AP Cosmopolitan, LLC,

AP Greenspring, LLC, AP Livingstone, LLC, AION University Village, LLC,

AP East Pointe, LLC and AP Hunters Crossing, LLC.

**MARGOLIS EDELSTEIN**
<u>/s/ James E. Huggett</u>
James E. Huggett, Esq. (DE ID 3956)
300 Delaware Ave. Ste. 800
Wilmington, DE 19801
Tel: 302.888.1112 x7207
Fax: 302.888.1119

Date:  January 15, 2025

*Attorney for Defendants
AION Management, LLC, Leland
Point  Owner, LP, AP Cosmopolitan,
LLC, AP Greenspring, LLC, AP
Livingstone, LLC,  AION University
Village, LLC, AP East Pointe, LLC
and AP Hunters Crossing, LLC.*