IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| and | ) |
| FAIR HOUSING PARTNERSHIP OF GREATER PITTSBURGH, INC. *et al.*, | ) Civil Action No. 23-742 (GBW) |
| Plaintiffs-Intervenors, | ) |
| v. | ) |
| AION MANAGEMENT, LLC, *et al.*, | ) |
| Defendants. | ) |

**ORDER**

At Wilmington on this 18th day of March 2025, for the reasons set forth in the Memorandum Opinion issued this date,

IT IS HEREBY ORDERED that:

1. Defendants' Motion to Dismiss Plaintiff's Amended Complaint (D.I. 23) is DENIED.

2. Defendants' Motion to Dismiss Plaintiff-Intervenors' Complaint (D.I. 25) is DENIED.

_____
THE HONORABLE GREGORY B. WILLIAMS
UNITED STATES DISTRICT JUDGE