### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br><br>and<br><br>FAIR HOUSING PARTNERSHIP OF GREATER PITTSBURGH, INC.; HOUSING EQUALITY CENTER OF PENNSYLVANIA; AND NATIONAL FAIR HOUSING ALLIANCE,<br><br>v.<br><br>AION MANAGEMENT, LLC et al.<br><br>        Defendants. | )<br>)<br>) C.A. No. 23-cv-00742-GBW<br>)<br>)<br>)<br>)<br>) Jury Trial Demanded<br>)<br>)<br>)<br>)<br>)<br>) Related Docket No.'s: 37, 42, 43<br>)<br>)<br>)<br>) |

### DEFENDANTS' APPLICATION FOR ORAL ARGUMENT ON DEFENDANTS' MOTION FOR RECONSIDERATION or MOTION TO CERTIFY FOR <u>INTERLOCUTORY APPEAL</u>

Pursuant to District of Delaware Local Rule 7.1.4, Defendants hereby request oral argument on their Motion for Reconsideration/Motion to Certify for Interlocutory Appeal (D.I. 37), filed on April 15, 2025.

        Respectfully submitted,

        **MARGOLIS EDELSTEIN**

        *James E. Huggett*
        James E. Huggett, Esq. (DE ID 3956)
        300 Delaware Ave. Ste. 800
        Wilmington, DE 19801
        PH: 302-888-1112 x7207
        jhuggett@margolisedelstein.com

Emily E. Mahler, Esq.
PA ID No. 310058 (*admitted pro hac vice*)
535 Smithfield Street, Suite 1100
Pittsburgh, PA 15222

*Attorneys for Defendants AION Management, LLC, Leland Point Owner, LP, AP Cosmopolitan, LLC, AP Greenspring, LLC, AP Livingstone, LLC, AION University Village, LLC, AP East Pointe, LLC and AP Hunters Crossing, LLC*