**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:23-cv-00742-GBW |
| Plaintiff, | |
| and | |
| FAIR HOUSING PARTNERSHIP OF GREATER PITTSBURGH, INC., *et al.,* | |
| Plaintiffs-Intervenors, | |
| v. | |
| AION MANAGEMENT, LLC; LELAND POINT OWNER, LP; AP COSMOPOLITAN, LLC; AP GREENSPRING, LLC; AP LIVINGSTONE, LLC; AION UNIVERSITY VILLAGE, LLC; AP EAST POINTE, LLC; and AP HUNTERS CROSSING, LLC, | |
| Defendants. | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**
**OF UNITED STATES' CLAIMS**

On July 7, 2023, Plaintiff United States of America, ("United States") brought this action to enforce Title VIII of the Civil Rights Act of 1968, as amended by the Fair Housing Amendments Act of 1988 ("Fair Housing Act"), 42 U.S.C. §§ 3601-3631, on behalf of the Fair Housing Partnership of Greater Pittsburgh, the Housing Equality Center of Pennsylvania, and the National Fair Housing Alliance.  This action alleges that the Defendants AION Management, LLC; Leland Point Owner, LP; AP Cosmopolitan, LLC; AP Greenspring, LLC; AP Livingstone, LLC; AION University Village, LLC; AP East Pointe LLC; and AP Hunters Crossings, LLC

denied requests for reasonable accommodations for individuals with disabilities who require assigned parking spaces, in violation of the Fair Housing Act.  D.I. 1.[1]

Since the filing of the United States' Complaint, Fair Housing Partnership of Greater Pittsburgh, the Housing Equality Center of Pennsylvania, and the National Fair Housing Alliance (now "Plaintiffs-Intervenors") have intervened in this case.  On February 23, 2024, the Plaintiffs-Intervenors, represented by counsel, filed a Complaint in Intervention.  D.I. 22.  On March 18, 2025, the Court denied the Defendants' Motion to Dismiss the United States's Amended Complaint and the Motion to Dismiss the Complaint in Intervention, D.I. 33, and on June 26, 2025, the Court denied the Defendants' Motion for Reconsideration of the Order Denying the Motion to Dismiss the Amended Complaint and Complaint in Intervention and, in the alternative, Motion to Certify the Order Denying Defendants' Motion to Dismiss for Interlocutory Appeal, D.I. 45.  As a result, Plaintiffs-Intervenors, through counsel, are pursuing their claims against the Defendants in this case.

In light of the foregoing, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the United States, Plaintiffs-Intervenors, and Defendants, by and through their undersigned counsel, hereby jointly stipulate to the dismissal with prejudice of the United States' claims against the Defendants in this case.  This Notice does not resolve or dismiss any claims asserted by any of the Plaintiffs-Intervenors.

---

[1] On October 10, 2023, the United States filed a First Amended Complaint against Defendants. D.I. 12.

2

Dated:  December 16, 2025

Respectfully submitted,


BENJAMIN L. WALLACE                    HARMEET K. DHILLON
United States Attorney                 Assistant Attorney General
                                       Civil Rights Division


                                       CARRIE PAGNUCCO
                                       Chief
                                       MEGAN K. WHYTE DE VASQUEZ
                                       Deputy Chief

*/s/ Claudia  L.  Pare*                 */s/ Patricia O'Beirne*
CLAUDIA L. PARE                        PATRICIA O'BEIRNE
Assistant United States Attorney       Trial Attorney
Office of the U.S. Attorney            Housing & Civil Enforcement Section
District of Delaware                   Civil Rights Division
U.S. Attorney's Office                 U.S. Department of Justice
1313 N Market Street                   150 M Street, NE Washington, DC 20002
Wilmington, DE 19801                   Phone: (202) 598-0000
Phone: (302) 573-6603                  Email: patricia.o'beirne@usdoj.gov
Email: claudia.pare@usdoj.gov


*Counsel for Plaintiff United States of America*



*/s/ Joseph J. Wardenski*
John S. Whitelaw (Del. Bar No. 03446)
COMMUNITY LEGAL AID SOCIETY, INC.
100 West 10th Street, Suite 801
Wilmington, DE 19801
(302) 575-0663
jwhitelaw@declasi.org

Joseph J. Wardenski (admitted *pro hac vice*)
WARDENSKI P.C.
134 West 29th Street, Suite 709
New York, NY 10001
(347) 913-3311
joe@wardenskilaw.com


3

Morgan Williams (admitted *pro hac vice*)
D. Scott Chang (admitted *pro hac vice*)
NATIONAL FAIR HOUSING ALLIANCE
1331 Pennsylvania Avenue NW #650
Washington, DC 20004
(202) 898-1661
mwilliams@nationalfairhousing.org
schang@nationalfairhousing.org

*Counsel for Plaintiffs-Intervenors*

*/s/ Emily E. Mahler*
James E. Huggett, Esq. (#3956)
Emily E. Mahler, Esq.
300 Delaware Avenue, Suite 800
Wilmington, Delaware 19801
(302) 888-1112
jhuggett@margolisedelstein.com
emahler@margolisedelstein.com

*Counsel for Defendants*

**APPROVED AND SO ORDERED** this _____ day of

_____, 202\_\_\_\_.


_____
Hon. Gregory B. Williams
United States District Judge

4