**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| FAIR HOUSING PARTNERSHIP OF GREATER PITTSBURGH, INC. *et al.*, | ) | |
| Plaintiffs-Intervenors, | ) | |
| v. | ) | Civil Action No. 23-742 (GBW) |
| AION MANAGEMENT, LLC, *et al.*, | ) | |
| Defendants. | ) | |

**JOINT MOTION FOR REFERRAL TO MAGISTRATE JUDGE FOR MEDIATION**

Under ¶ 15 of the Scheduling Order, Dkt. No. 50, Plaintiffs-Intervenors Fair Housing Partnership of Greater Pittsburgh, Inc., *et al.*, and Defendants AION Management, LLC, *et al.* jointly move for a referral to a magistrate judge for mediation at the earliest practicable date to explore the possibility of settlement of this matter.

DATED: June __, 2026

Respectfully submitted,

*/s/ John S. Whitelaw*

John S. Whitelaw (Del. Bar No. 03446)
COMMUNITY LEGAL AID SOCIETY, INC.
100 West 10th Street, Suite 801
Wilmington, DE 19801
(302) 575-0663
jwhitelaw@declasi.org

*/s/ James E. Huggett*

James E. Huggett
MARGOLIS EDELSTEIN
300 Delaware Avenue, Suite 800
Wilmington, DE 19801
(302)888-1112
(302) 888-1119 (fax)
jhuggett@margolisedelstein.com

Joseph J. Wardenski *(pro hac vice)*
WARDENSKI P.C.
134 West 29th Street, Suite 709
New York, NY 10001
(347) 913-3311
joe@wardenskilaw.com

Morgan Williams (*pro hac vice*)
D. Scott Chang (*pro hac vice*)
NATIONAL FAIR HOUSING ALLIANCE
1331 Pennsylvania Avenue NW #650
Washington, DC 20004
(202) 898-1661
mwilliams@nationalfairhousing.org
schang@nationalfairhousing.org

Emily E. Mahler (*pro hac vice*)
Jennifer L. DeFlitch (*pro hac vice*)
MARGOLIS EDELSTEIN
535 Smithfield Street, Suite 1100
Pittsburgh, PA 15222
(412) 290-3666
emahler@margolisedelstein.com
jdeflitch@margolisedelstein.com