**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| FAIR HOUSING PARTNERSHIP OF GREATER PITTSBURGH, INC. *et al.*, | ) | |
| Plaintiffs-Intervenors, | ) | |
| v. | ) | Civil Action No. 23-742 (GBW) |
| AION MANAGEMENT, LLC, *et al.*, | ) | |
| Defendants. | ) | |

**[PROPOSED] ORDER**

Before this Court is the Parties' Joint Motion for Referral to a Magistrate Judge for Mediation. The motion is GRANTED. This matter is referred to Magistrate Judge ______________________ to conduct a mediation in this case at the earliest practicable date.

It is SO ORDERED.

DATED: ________________________

________________________________
United States District Judge