**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| FAIR HOUSING PARTNERSHIP OF GREATER PITTSBURGH, INC. *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>AION MANAGEMENT, LLC, *et al.*,<br><br>Defendants. | CIVIL ACTION<br><br>Case No.: 23-742 (GBW) |

**NOTICE OF SERVICE**

The undersigned avers and says that Defendants' First Set of Interrogatories and Requests for Production of Documents Directed to Plaintiff-Intervenor, Housing Equality Center of Pennsylvania; Defendants' First Set of Interrogatories and Requests for Production of Documents Directed to Plaintiff-Intervenor, Fair Housing Partnership of Greater Pittsburgh, Inc.; and Defendants' First Set of Interrogatories and Requests for Production of Documents Directed to Plaintiff-Intervenor, National Fair Housing Alliance were served on the following counsel of record this 26th day of August 2026:

John S. Whitelaw, Esquire
COMMUNITY LEGAL AID
SOCIETY, INC.
100 West 10th Street, Suite 801
Wilmington, DE 19801
jwhitelaw@declasi.org

Joseph J. Wardenski, Esquire (pro hac vice)
WARDENSKI P.C.
134 West 29th Street, Suite 709
New York, NY 10001
joe@wardenskilaw.com

Morgan Williams, Esquire (pro hac vice)
D. Scott Chang, Esquire (pro hac vice)
NATIONAL FAIR HOUSING ALLIANCE
1331 Pennsylvania Avenue NW #650
Washington, DC 20004
mwilliams@nationalfairhousing.org
schang@nationalfairhousing.org

**MARGOLIS EDELSTEIN**

*/s/ Emily Mahler*
Emily Mahler, Esq.*
E: emahler@margolisedelstein.com

*/s/ Jennifer L. DeFlitfch*
Jennifer L. DeFlitch, Esq.*
E: jdeflitch@margolisedelstein.com

*/s/ James E. Huggett* (DE ID 3956)
300 Delaware Ave. – Suite 800
Wilmington, DE 19801
P: (302) 313-9609
F: (302) 888-1119

*Attorneys for Defendants AION Management, LLC, AP Greenspring, LLC, AP Hunters Crossing, LLC, Cheltenham Station Apartments, LP, AP Livingstone, LLC, AP Wellington, LLC, AP East Pointe, LLC, AION University Village, LLC, Leland Point Owner, LP, AP Cosmopolitan, LLC, and Franklin Commons, LP*

**admitted PRO HAC VICE*