IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

FAIR HOUSING PARTNERSHIP OF GREATER PITTSBURGH, INC. *et al.*,

Plaintiffs-Intervenors,

v.

AION MANAGEMENT, LLC, *et al.*,

Defendants.

Civil Action No. 23-742 (GBW)

# ORDER

Before this Court is the Parties' Joint Motion to Amend Scheduling Order. Having reviewed the motion, and for good cause shown, the motion is GRANTED. It is further ORDERED that the remaining deadlines in the Scheduling Order, Dkt. No. 50, are amended as follows:

| EVENT | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Substantial Completion of Document Production [¶ 3(b)] | September 18, 2026 | November 17, 2026 |
| Fact Discovery Cutoff [¶ 3(a)] | October 19, 2026 | December 18, 2026 |
| Expert Disclosures [¶3(f)(i)] | November 18, 2026 | February 1, 2027 |
| Supplemental/Rebuttal Expert Disclosures [¶3(f)(i)] | December 18, 2026 | March 3, 2027 |
| Reply Expert Reports [¶3(f)(i)] | January 18, 2027 | April 2, 2027 |

| | | |
|---|---|---|
| Expert Discovery Cutoff [¶3(f)(iii)] | February 10, 2027 | April 23, 2027 |
| Dispositive Motions [¶ 9] | March 12, 2027 | May 24, 2027 (all briefing for dispositive and Daubert motions must be completed by July 8, 2027) |
| Joint Proposed Final Pretrial Order [¶ 12] | November 17, 2027 | 7 days before pretrial conference |
| Pretrial Conference [¶ 12] | November 24, 2027 | November 24, 2027, at 11am |
| Trial (Length: 5 days) | November 29, 2027 | November 29, 2027 |

It is SO ORDERED.

DATED: September 10, 2026

The Honorable Gregory B. Williams
United States District Judge